# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

OLIVIER BABADJIDE,

    Plaintiff,

v.                                    Case No: 6:16-cv-1977-Orl-28TBS

CITY OF COCOA BEACH, RONALD
BETTS, MARILYN POTTER and THE
SOUTHLAND CORP,

    Defendants.

## ORDER

This case is before the Court on the "Verified Motion To Reopen This Case And To File A Third Amended Complaint" (Doc. 52) filed by Plaintiff. The assigned United States Magistrate Judge has submitted a Report (Doc. 54) recommending that the motion be denied. No party has filed an Objection to the Report.

After a *de novo* review of the record in this matter, the Court agrees with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. 54) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The "Verified Motion To Reopen This Case And To File A Third Amended Complaint" (Doc. 52) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida, on May 11, 2017.

                                                    JOHN ANTOON II
                                                    United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record